UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 04-cr-00287-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.  TYE FORBES,**
2.  MATTHEW FORBES,

        Defendants.

---

## ORDER AND NOTICE OF HEARING

---

**IT IS HEREBY ORDERED** that a hearing on violation of supervised release for Defendant Tye Forbes will be held on **December 27, 2006 at 10:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 21st day of November, 2006

                **BY THE COURT:**

                *Marcia S. Krieger*
                Marcia S. Krieger
                United States District Judge